# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   VALERIE L. GERNHARDT           :   CHAPTER 13
         Debtor                              :   BANKRUPTCY NO. 14-13484-SR

## ORDER

AND NOW, this  18th  day of  August , 2016, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Second Amended Plan by filing a Third Amended Plan.

_____
Judge Stephen Raslavich