United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-13484-sr
Valerie L. Gernhardt                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 2            Date Rcvd: May 17, 2017
                             Form ID: pdf900             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db             +Valerie L. Gernhardt,    312 Berkshire Road,    Fairless Hills, PA 19030-2236
13386313       +BANK OF AMERICA, N.A.,     ATTN: BANKRUPTCY DEPT,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY, CA 93065-6414
13298233       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13298234       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13354985       +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13298237       +Ginnys/Swiss Colony Inc,    1112 7th Ave,    Monroe, WI 53566-1364
13298236       +Ginnys/Swiss Colony Inc,    Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
13660177       +Rushmore Loan Management Services,     P.O. Box 55004,    Irvine, CA 92619-5004
13298239       +Seventh Avenue,    1112 7th Ave,   Monroe, WI 53566-1364
13355271       +Seventh Avenue,    c/o Creditors Bankruptcy Service,     P O Box 740933,   Dallas, TX 75374-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 18 2017 01:27:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2017 01:26:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 18 2017 01:27:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13304323        E-mail/Text: ally@ebn.phinsolutions.com May 18 2017 01:26:33
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13298230       +E-mail/Text: bkrpt@retrievalmasters.com May 18 2017 01:27:13
                 Amca/American Medical Coll Agency,    Attn: Bankruptcy,    Po Box 160,    Elmsford, NY 10523-0160
13298231       +E-mail/Text: bkrpt@retrievalmasters.com May 18 2017 01:27:13
                 Amca/American Medical Coll Agency,    2269 S Saw Mill,    Elmsford, NY 10523-3832
13401562       +E-mail/Text: bankruptcy@flagshipcredit.com May 18 2017 01:27:21
                 Flagship Credit Acceptance, LLC,    3 Christy Drive,    Chadds Ford, PA 19317-9667,
                 Attn: Bankruptcy Dept.
13298238        E-mail/Text: nod.referrals@fedphe.com May 18 2017 01:26:35     Phelan Hallinan & Schmeig,
                 1617 JFK Blvd., Ste. 1400,    Philadelphia, PA 19103-1814
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13298235        Flagship Crd
13298232      ##+Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              ELLIS B. KLEIN    on behalf of Debtor Valerie L. Gernhardt ykassoc@gmail.com,    ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: ChrissyW               Page 2 of 2                   Date Rcvd: May 17, 2017
                              Form ID: pdf900              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         PAUL H. YOUNG    on behalf of Debtor Valerie L. Gernhardt ykassoc@gmail.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

VALERIE L GERNHARDT

                                                 : Bankruptcy No. 14-13484SR
        Debtor(s)                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: May 17, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM PA 19020-4366

VALERIE L GERNHARDT
312 BERKSHIRE ROAD
FAIRLESS HILLS,PA.19030